588       APPELLATE COURTS OF ILLINOIS.

Kennedy v. Great Lakes Dredge & Dock Co., 191 Ill. App. 588.

## Mrs. C. W. Kennedy, Defendant in Error, v. Great Lakes Dredge & Dock Company, Plaintiff in Error.

### Gen. No. 20,457.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. GEORGE J. COWING, Judge, presiding. Heard in this court at the October term, 1914. Affirmed. Opinion filed March 8, 1915.

### Statement of the Case.

Action by Mrs. C. W. Kennedy against the Great Lakes Dredge & Dock Company to recover the value of personal effects lost in the collision of a steamer and a scow in tow of defendant's tug.

Plaintiff in this case is the wife of C. W. Kennedy, defendant in error in *Kennedy v. Great Lakes Dredge & Dock Co.* (No. 20,456), *ante,* p. 585, and the collision out of which the two actions arose and the facts involved are the same.

To reverse a judgment for plaintiff for $225, defendant prosecutes this writ of error.

KREMER & GREENFIELD, for plaintiff in error.

MENZ I. ROSENBAUM and MAURICE ALSCHULER, for defendant in error.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

SHIPPING, § 7*—*when recovery allowed for the loss of personal effects.* The judment below is affirmed for the reason stated in *Kennedy v. Great Lakes Dredge & Dock Co.*, No. 20,456, *ante,* p. 585.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.